```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

SOUTH EAST ENTERPRISE GROUP, LLC, *et al.*,

    Plaintiffs,

vs.

CASE NO. 4:15-cv-25 (CDL)

JOHN GILL, *et al.*,

    Defendants.

## O R D E R

Defendant Michael Gill filed a motion to dismiss Plaintiffs' claims against his co-defendant, John Gill, for insufficient service of process. Federal Rule of Civil Procedure 12(b) states that "*a party* may assert the following defenses by motion: . . . (4) insufficient process; [and] (5) insufficient service of process." Fed. R. Civ. P. 12(b). John Gill did not file a motion to dismiss, and Michael Gill offered no authority to explain why he may file a motion to dismiss the claims against John Gill under 12(b)(4) or (5). The Court thus denies Michael Gill's motion to dismiss John Gill (ECF No. 86).

IT IS SO ORDERED, this 22nd day of January, 2016.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      CHIEF U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA